

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Flavious J. Smith, Jr. and
Melanie A. Smith

\* From the 29th District Court
of Palo Pinto County,
Trial Court No. C48560.

Vs. No. 11-23-00231-CV

\* January 9, 2025

The Ranch Owners Association,

\* Memorandum Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we affirm the trial court's summary judgment in favor of The Ranch Owners Association as to all claims raised by Flavious J. Smith, Jr. and Melanie A. Smith except for the Smiths' nuisance claim. On that claim, we reverse and remand it to the trial court for further proceedings. The costs incurred by reason of this appeal are taxed 50% against Flavious J. Smith, Jr. and Melanie A. Smith, and 50% against The Ranch Owners Association.